# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1591

_____

TODD SCHULTHEIS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Wakulla County.
James O. Shelfer, Judge.

July 27, 2018

PER CURIAM.

    AFFIRMED.

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Todd Schultheis, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.